DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CURRENT BUILDERS CONSTRUCTION SERVICES, INC.,**
Appellant,

v.

**MICHAEL GILLETTE,**
Appellee.

No. 4D2024-0192

[May 2, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Warren Sherman, Judge; L.T. Case No. 50-2023-CA-014623-XXXX-MB.

Vincent Francis Vaccarella and Walter William Norton, III, of Vincent F. Vaccarella, P.A., Fort Lauderdale, for appellant.

Jack Schramm Cox, Hobe Sound, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***